No. 10–8409. WILLIAMS *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–8415. CENTOBENE *v.* BROWN, GOVERNOR OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–8420. THOMAS *v.* FRECH ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–8421. MITCHELL *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 10–8428. EVANS *v.* MARSHALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–8429. BANKS *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 10–8430. BRAMAGE *v.* HSBC BANK NEVADA, N. A. Ct. App. Ind. Certiorari denied.

No. 10–8436. ASSA'AD-FALTAS *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 10–8437. WINDING *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 10–8453. ARNAUT *v.* RODEN, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION AT NORFOLK. C. A. 1st Cir. Certiorari denied.

No. 10–8455. KARABAJAKYAN ET AL. *v.* SCHWARZENEGGER ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–8456. DEYOUNG *v.* SCHOFIELD, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 10–8467. THOMAS *v.* PARKER ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–8474. THIBEAULT *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 10–8475. VICTORY *v.* YATES, WARDEN. C. A. 9th Cir. Certiorari denied.